## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ann Louise Thiel <br>     aka Ann L. Thiel <br>     aka Ann Thiel <br>     Henry William Thiel Jr. <br>     aka Henry Thiel <br>     aka Henry Thiel, Jr. <br>     aka Henry William Thiel <br>     aka Henry W. Thiel <br>     aka Henry W. Thiel, Jr. <br><br><br>                **Debtors** | **BK NO. 19-00714 RNO** <br><br> **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.


                               Respectfully submitted,


                               **/s/ James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               215-627-1322