```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                  Case No. 19-00714-RNO
Henry William Thiel, Jr.                                                Chapter 13
Ann Louise Thiel
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CourtneyG              Page 1 of 2              Date Rcvd: Mar 27, 2019
                              Form ID: ntcnfhrg            Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
```
db/jdb         Henry William Thiel, Jr.,    Ann Louise Thiel,    834 Harrison Ave,    Scranton, PA 18510-1402
5164620        Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
5164621        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
5164622        Cap1/cabelas,    4800 NW 1st St,    Lincoln, NE 68521-4463
5164624        Cbna,   PO Box 6497,    Sioux Falls, SD 57117-6497
5176086       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5164625        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
5164626        Citicards Cbna,    PO Box 6217,    Sioux Falls, SD 57117-6217
5164627        Cmc Fcpi Emp Fcu,    415 Colfax Ave,    Scranton, PA 18510-2362
5164629        Comenitybank/legndpine,    PO Box 182789,    Columbus, OH 43218-2789
5173304      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: FORD MOTOR CREDIT COMPANY LLC,     DEPT. 55953,    PO BOX 55000,
                DETROIT, MI. 48255-0953)
5175071       +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
5164632        Fnb Omaha,    PO Box 2490,    Omaha, NE 68103-2490
5164633       +Ford Motor Credit Comp,    PO Box BOX542000,    Omaha, NE 68154-8000
5164634        Geisinger Health System,    PO Box 27727,    Newark, NJ 07101-7727
5164619        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA 18701-1708
5164637        Macys/dsnb,    PO Box 8218,    Mason, OH 45040-8218
5164640        Pnc Bank, N.A.,    PO Box 3180,    Pittsburgh, PA 15230-3180
5164642        Sears/Cbna,    PO Box 6217,    Sioux Falls, SD 57117-6217
5164643        Staples-C/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
5164659        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
5164618        Thiel Ann Louise,    834 Harrison Ave,    Scranton, PA 18510-1402
5164617        Thiel Henry William Jr,    834 Harrison Ave,    Scranton, PA 18510-1402
5164660        Usaa Savings Bank,    PO Box 47504,    San Antonio, TX 78201
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 19:37:50
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5164638        E-mail/Text: BankruptcyNotices@aafes.com Mar 27 2019 19:29:25      Military Star,
               3911 S Walton Walker Blvd,    Dallas, TX 75236-1509
5164623        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 19:27:27
               Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT 84130-0281
5164628        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 19:29:42      Comenitybank/kay,
               3100 Easton Square Pl,    Columbus, OH 43219-6232
5164630        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 19:29:42      Comenitycb/boscov,
               PO Box 182120,    Columbus, OH 43218-2120
5164631        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 19:29:42      Comenitycb/forever21,
               PO Box 182120,    Columbus, OH 43218-2120
5164635        E-mail/Text: bankruptcy@avadynehealth.com Mar 27 2019 19:29:26      H & R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
5164636        E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 19:29:29      Kohls/capone,    PO Box 3115,
               Milwaukee, WI 53201-3115
5164639        E-mail/PDF: pa_dc_claims@navient.com Mar 27 2019 19:38:38      Navient,    PO Box 9655,
               Wilkes Barre, PA 18773-9655
5164641        E-mail/Text: bankruptcyteam@quickenloans.com Mar 27 2019 19:30:09      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
5164645        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/Amer Eagle,    PO Box 965005,
               Orlando, FL 32896-5005
5164647        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:53      Syncb/Car Caremytreshp,    C/o,
               PO Box 965036,    Orlando, FL 32896-5036
5164648        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:53      Syncb/Care Credit,    C/o,
               PO Box 965036,    Orlando, FL 32896-5036
5164653        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:27:25      Syncb/Old Navy,    PO Box 965005,
               Orlando, FL 32896-5005
5164655        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/Sams Club DC,
               PO Box 965005,    Orlando, FL 32896-5005
5164658        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:27:10      Syncb/Walmart DC,    PO Box 965024,
               Orlando, FL 32896-5024
5164644        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:27:25      Syncb/amazon,    PO Box 965015,
               Orlando, FL 32896-5015
5164646        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:53      Syncb/banarepdc,    PO Box 965005,
               Orlando, FL 32896-5005
5164649        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/gapdc,    PO Box 965005,
               Orlando, FL 32896-5005
5164650        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/jc Penney Dc,
               PO Box 965007,    Orlando, FL 32896-5007
5164651        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/lowes,    PO Box 956005,
               Orlando, FL 32801
5164652        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/mc,    PO Box 965005,
               Orlando, FL 32896-5005
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5164654         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/qvc,   PO Box 965005,
                  Orlando, FL  32896-5005
5164656         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/score Rewards Dc,
                 PO Box 965005,   Orlando, FL  32896-5005
5164657         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:26:54      Syncb/tjx Cos Dc,   PO Box 965015,
                  Orlando, FL  32896-5015
5165079        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 19:27:25      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5176124*       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jason Paul Provinzano     on behalf of Debtor 1 Henry William Thiel, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano     on behalf of Debtor 2 Ann Louise Thiel MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Henry William Thiel Jr.,<br>aka Henry Thiel Jr., aka Henry Thiel, aka Henry William Thiel, aka Henry W. Thiel Jr., aka Henry W. Thiel, | Chapter 13 |
| | Case No. 5:19–bk–00714–RNO |
| **Debtor 1** | |
| Ann Louise Thiel,<br>aka Ann L. Thiel, aka Ann Thiel, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 7, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyGabriel, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 27, 2019 |

ntcnfhrg (03/18)