Certificate Number: 17572-PAM-DE-038309468

Bankruptcy Case Number: 19-00714



17572-PAM-DE-038309468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 23, 2024, at 4:23 o'clock PM PDT, Henry W Thiel Jr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 23, 2024

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor