Certificate Number: 17572-PAM-DE-038309469

Bankruptcy Case Number: 19-00714


17572-PAM-DE-038309469

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 23, 2024, at 4:23 o'clock PM PDT, Ann L Thiel completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 23, 2024

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor