Re: Henry William Thiel, Jr
A/K/A Henry W. Thiel, Jr
A/K/A Henry W. Thiel
A/K/A Henry Thiel
A/K/A Henry William Thiel
Ann Louise Thiel
A/KA/ Ann L. Thiel
A/K/A Ann Thiel

Case No.: 5-19-00714MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Quicken Loans |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 8379 |
| Property Address if applicable: | 834 Harrison Ave |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $46.01 |
| b. | Prepetition arrearages paid by the trustee: | $46.01 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $46.01 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating

whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 26, 2024

                                                          Respectfully submitted,

                                                /s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Henry William Thiel, Jr
A/K/A Henry W. Thiel, Jr
A/K/A Henry W. Thiel
A/K/A Henry Thiel
A/K/A Henry William Thiel
Ann Louise Thiel
A/KA/ Ann L. Thiel
A/K/A Ann Thiel

Case No.: 5-19-00714MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 26, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano
16 W Northampton Street
Wilkes-Barre, PA  18701-1708

**Served by First Class Mail**
Quicken Loans, Inc
635 Woodward Avenue
Detroit, MI  48226


Henry William Thiel, Jr
Ann Louise Thiel
834 Harrison Avenue
Scranton, PA  18510-1402

I certify under penalty of perjury that the foregoing is true and correct.


Date:  March 26, 2024              /s/  Donna Schott
                                   Office of the Standing Chapter 13 Trustee

Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-00714    HENRY WILLIAM THIEL, JR.

**QUICKEN LOANS INC**
**635 WOODWARD AVENUE**

DETROIT, MI  48226-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 8379

ARREARS - 834 HARRISON AVENUE

|  | Debt: | $46.01 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $94,364.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $46.01 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **QUICKEN LOANS INC** | | | | | | | |
| 520-0 | QUICKEN LOANS INC | | 06/06/2019 | 1203509 | $46.01 | $0.00 | $46.01 | 06/12/2019 |
| | | | | Sub-totals: | $46.01 | $0.00 | $46.01 | |
| | | | | Grand Total: | $46.01 | $0.00 | | |