United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Henry William Thiel, Jr.  
Ann Louise Thiel  
    Debtors

Case No. 19-00714-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Mar 25, 2024      Form ID: 3180W      Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Henry William Thiel, Jr., Ann Louise Thiel, 834 Harrison Ave, Scranton, PA 18510-1402 |
| 5164627 | Cmc Fcpi Emp Fcu, 415 Colfax Ave, Scranton, PA 18510-2362 |
| 5164634 | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 5164618 | Thiel Ann Louise, 834 Harrison Ave, Scranton, PA 18510-1402 |
| 5164617 | Thiel Henry William Jr, 834 Harrison Ave, Scranton, PA 18510-1402 |
| 5164660 | Usaa Savings Bank, PO Box 47504, San Antonio, TX 78201 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: PRA.COM | Mar 25 2024 22:41:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + EDI: PRA.COM | Mar 25 2024 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5164620 | Email/Text: backoffice@affirm.com | Mar 25 2024 18:50:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5193464 | + EDI: AAFES | Mar 25 2024 22:41:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5164621 | EDI: TSYS2 | Mar 25 2024 22:41:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5164622 | EDI: CAPITALONE.COM | Mar 25 2024 22:41:00 | Cap1/cabelas, 4800 NW 1st St, Lincoln, NE 68521-4463 |
| 5179565 | EDI: CAPITALONE.COM | Mar 25 2024 22:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5164623 | EDI: CAPITALONE.COM | Mar 25 2024 22:41:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5185895 | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 18:59:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5164624 | EDI: CITICORP | Mar 25 2024 22:41:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5176086 | + Email/Text: RASEBN@raslg.com | Mar 25 2024 18:49:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5192860 | + EDI: CITICORP | Mar 25 2024 22:41:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5164626 | EDI: CITICORP | Mar 25 2024 22:41:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |

| | | | | |
|---|---|---|---|---|
| 5164628 | + | EDI: WFNNB.COM | Mar 25 2024 22:41:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 5164629 | | EDI: WFNNB.COM | Mar 25 2024 22:41:00 | Comenitybank/legndpine, PO Box 182789, Columbus, OH 43218-2789 |
| 5164630 | | EDI: WFNNB.COM | Mar 25 2024 22:41:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5164631 | | EDI: WFNNB.COM | Mar 25 2024 22:41:00 | Comenitycb/forever21, PO Box 182120, Columbus, OH 43218-2120 |
| 5164637 | | EDI: CITICORP | Mar 25 2024 22:41:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 5192861 | | EDI: Q3G.COM | Mar 25 2024 22:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5175071 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 25 2024 18:49:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 5164632 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 25 2024 18:49:00 | Fnb Omaha, PO Box 2490, Omaha, NE 68103-2490 |
| 5173304 | | Email/Text: EBNBKNOT@ford.com | Mar 25 2024 18:50:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 5164633 | + | Email/Text: EBNBKNOT@ford.com | Mar 25 2024 18:50:00 | Ford Motor Credit Comp, PO Box BOX542000, Omaha, NE 68154-8000 |
| 5164635 | + | Email/Text: bankruptcy@avadynehealth.com | Mar 25 2024 18:49:00 | H & R Accounts Inc, 7017 John Deere Pkwy, Moline, IL 61265-8034 |
| 5164625 | | EDI: JPMORGANCHASE | Mar 25 2024 22:41:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5164636 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 25 2024 18:49:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5190221 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 18:59:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5164619 | | Email/Text: mylawyer@jpplaw.com | Mar 25 2024 18:49:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5164638 | | EDI: AAFES | Mar 25 2024 22:41:00 | Military Star, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5164639 | | EDI: NAVIENTFKASMSERV.COM | Mar 25 2024 22:41:00 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 5190075 | | EDI: NAVIENTFKASMSERV.COM | Mar 25 2024 22:41:00 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5188682 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2024 18:49:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5164640 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2024 18:49:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 5289985 | | EDI: PRA.COM | Mar 25 2024 22:41:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5289986 | | EDI: PRA.COM | Mar 25 2024 22:41:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5189575 | | EDI: PRA.COM | Mar 25 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5189741 | | EDI: Q3G.COM | Mar 25 2024 22:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5189740 | | EDI: Q3G.COM | Mar 25 2024 22:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5164641 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 25 2024 18:50:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5178811 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 25 2024 18:50:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 5164642 | | EDI: CITICORP | Mar 25 2024 22:41:00 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5164643 | | EDI: CITICORP | Mar 25 2024 22:41:00 | Staples-C/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5164645 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5164647 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/Car Caremytreshp, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5164648 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5164653 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 5164655 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/Sams Club DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5164658 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 5164644 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5164646 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/banarepdc, PO Box 965005, Orlando, FL 32896-5005 |
| 5164649 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/gapdc, PO Box 965005, Orlando, FL 32896-5005 |
| 5164650 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/jc Penney Dc, PO Box 965007, Orlando, FL 32896-5007 |
| 5164651 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5164652 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 5164654 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 5164656 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/score Rewards Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 5164657 | | EDI: SYNC | Mar 25 2024 22:41:00 | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 5165079 | + | EDI: AIS.COM | Mar 25 2024 22:41:00 | Synchrony Bank by AIS InfoSource,, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5164659 | | EDI: CITICORP | Mar 25 2024 22:41:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5176124 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5190765 | *+ | Synchrony Bank by AIS InfoSource,, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Henry William Thiel Jr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Ann Louise Thiel MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor Quicken Loans Inc. mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Henry William Thiel Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0915 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Ann Louise Thiel <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9810 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–00714–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Henry William Thiel Jr.
aka Henry Thiel Jr., aka Henry Thiel, aka Henry William Thiel, aka Henry W. Thiel Jr., aka Henry W. Thiel

Ann Louise Thiel
aka Ann L. Thiel, aka Ann Thiel

3/25/24

**By the court:**

_(signature)_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**