| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ann Louise Thiel |
| Debtor 2 (Spouse, if filing) | Henry William Thiel |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 19-00714 MJC |

Form 4100R

# Response to Notice of Final Cure Payment                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no. (if known):** 5

**Last 4 digits** of any number you use to identify the debtor's account: 8379

**Property address:**
834 Harrison Avenue
Scranton, PA 18510-1402

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:    (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $ _____
c. **Total.** Add lines a and b.    (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                Response to Notice of Final Cure Payment                page 1

Case 5:19-bk-00714-MJC    Doc 45    Filed 04/15/24    Entered 04/15/24 14:59:16    Desc
Document ID: 60626e87abb686354d35f98adf26e3749ed68171fabc795db057577e6d2fc45    Main Document    Page 1 of 3

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*     Date   04/12/2024

Michael Farrington
12 Apr 2024, 10:10:29, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                      Response to Notice of Final Cure Payment                         page 2

Case 5:19-bk-00714-MJC    Doc 45    Filed 04/15/24    Entered 04/15/24 14:59:16    Desc
Document ID: 60626e87abb686354d35f98adf26e3749ed68171fabc795db057577e6dd2fc45
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ann Louise Thiel aka Ann L. Thiel aka Ann Thiel<br>Henry William Thiel Jr. aka Henry Thiel aka Henry Thiel, Jr. aka Henry William Thiel aka Henry W. Thiel aka Henry W. Thiel, Jr.<br>**Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>**Movant**<br>vs.<br><br>**Ann Louise Thiel aka Ann L. Thiel aka Ann Thiel**<br>**Henry William Thiel Jr. aka Henry Thiel aka Henry Thiel, Jr. aka Henry William Thiel aka Henry W. Thiel aka Henry W. Thiel, Jr.**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | **BK NO. 19-00714 MJC**<br><br>Chapter 13<br><br>Related to Claim No. 5 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE FOR MORTGAGE PAYMENT

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 15, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Ann Louise Thiel aka Ann L. Thiel aka Ann Thiel
834 Harrison Avenue
Scranton, PA 18510-1402

Henry William Thiel Jr. aka Henry Thiel aka
Henry Thiel, Jr. aka Henry William Thiel aka
Henry W. Thiel aka Henry W. Thiel, Jr.
834 Harrison Avenue
Scranton, PA 18510-1402

<u>Attorney for Debtor(s) (via ECF)</u>
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>April 15, 2024</u>

                                                                         */s/ Michael P. Farrington*
                                                                         Michael P. Farrington, Esq.
                                                                         Attorney I.D. 329636
                                                                         KML Law Group, P.C.
                                                                         BNY Mellon Independence Center
                                                                         701 Market Street, Suite 5000
                                                                         Philadelphia, PA 19106
                                                                         (215) 825-6488
                                                                         mfarrington@kmllawgroup.com